UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NUMBER 1:07-CV-0244-SEB-JMS |
| | ) | |
| JOHN E. KYLE, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, plaintiff, United States of America, having heretofore in accordance with said Rule filed its declaration in support of the Clerk's entry of judgment by default, together with its declaration that the Defendant is not in the military service of the United States, and the Clerk, having heretofore entered the default of the Defendant, as provided by Rule 55(a), now enters judgment in favor of the Plaintiff, United States of America, and against the Defendant in the principal amount of $5,135.25, plus prejudgment interest in the sum of $33.51, calculated to the date of April 5, 2007, plus penalty charges in the amount of $329.29, and court costs in the sum of $350.00, for a total sum of $5,848.05 plus accruing prejudgment interest to the date of the entry of judgment.

Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

DATE: 04/12/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Shelese Woods
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN  46204

John E. Kyle
560 Wheatfield Lane
New Whiteland, IN 46184-9211